UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

WILLIAM MERRELL,
                    **Plaintiff,**

v.

WEEKS MARINE, INC.,
                    **Defendant**

Civil Action No. 2:12-cv-00908 (DMC)(JAD)

**ORDER**

    This matter comes before the Court upon motion (ECF No. 27) by plaintiff William Merrell ("Plaintiff") to amend the complaint pursuant to Fed. R. Civ. P. 15(a)(2). Pursuant to Rule 78 of the Federal Rules of Civil Procedure, no oral argument was heard. Upon consideration of the parties' submissions, and for the reasons stated in this Court's Opinion filed on this day,

    IT IS on this 31st day of July, 2013

    **ORDERED** that Plaintiff's motion to amend the complaint (ECF No. 27) is **GRANTED**; and

    **IT IS FURTHER ORDERED** that Plaintiff's deposition may be re-opened at the option of Defendant and, if so, any court reporter and/or transcript costs shall be borne by Plaintiff.

SO ORDERED

_____
JOSEPH A. DICKSON, U.S.M.J.

cc:    Hon. Dennis M. Cavanaugh, U.S.D.J.

1